DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joanne E. Douglas, et al.,<br><br>Defendants. | ) | CASE NO. 4:12 CV 1675<br><br>MEMORANDUM OPINION AND ORDER |

Defendants Joanne E. Douglas, State of Ohio Department of Taxation, and Ziegler, Metzger and Miller, LLP were served with plaintiff's complaint to enforce its federal tax and judgment liens for tax liabilities against defendant Joanne E. Douglas's property and her rights to the property, which specifically includes foreclosure of the foregoing liens upon, the sale of, and the distribution of the proceeds from the sale of the property located at 14315 Ellet Road, Beloit, Ohio 44609. ECF 6, 7 and 8. None of the defendants filed a responsive pleading to the complaint, and default was entered against Joanne E. Douglas, State of Ohio Department of Taxation, and Ziegler, Metzger and Miller, LLP on December 10, 2012. ECF 14.

Plaintiff United States of America subsequently moved for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and requests that the Court enter judgment that the defendants State of Ohio Department of Taxation, and Ziegler, Metzger and Miller, LLP are not entitled to any proceeds from the sale of the subject property, and that the federal tax liens and judgment lien against defendant Joanne E. Douglas are foreclosed, and enter an order that the

plaintiff United States shall sell the subject property and apply the proceeds form the sale of such property as described in plaintiff's proposed judgment entry. ECF 15.

Defendants have not entered an appearance in this case, and default has been entered against them. The plaintiff has filed an affidavit averring that defendant Joanne E. Douglas is neither incompetent or an infant, and is not in military service or on active duty. ECF 15-1. A final judgment was previously entered in favor of the United States and against defendant Joanne E. Douglas for income tax liabilities for the 1987, 1988, 1989, 1991, 1999, 2000, and 2001 tax years in the amount of $1,271,907.01 as of August 12, 2010. *See, United States v. Joanne Douglas,* Case No. 4:08 CV 521 (N.D. Ohio). The United States seeks foreclosure on the subject property to enforce federal tax and judgment liens for tax liabilities against defendant Joanne E. Douglas's property and her rights to the property, which specifically includes foreclosure and sale of, and the distribution of the proceeds from the sale, of the property located at 14315 Ellet Road, Beloit, Ohio 44609.

Defendant Joanne Douglas's liability for unpaid taxes has been previously litigated. Joanne Douglas is not an infant, incompetent or in military service. None of the defendants have answered the complaint or appeared in this action. Accordingly, the Court concludes that the United States' motion for Default Judgment regarding tax liens and foreclosure, sale and distribution of proceeds is supported by the record and is GRANTED. A Judgment will be separately published.

The Clerk is directed to mail a copy of this Memorandum Opinion and Order to defendants Joanne E. Douglas, State of Ohio Department of Taxation, and Ziegler, Metzger and Miller, LLP at their address of record.

IT IS SO ORDERED.

January 23, 2013
Date

*s/ David D. Dowd, Jr.*
David D. Dowd, Jr.
U.S. District Judge